| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & YOUNGMAN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Catherine E. Youngman, Chapter 7 Trustee<br>Erin J. Kennedy (EJK-9227) | |
| In Re:<br><br>CANTELLO, LLC,<br><br>       Debtor. | Chapter 7<br><br>Case No. 12-27005 (MBK) |
| CATHERINE E. YOUNGMAN,<br><br>       Plaintiff,<br>v.<br><br>THREAD UNION, LLC, et al.,<br><br>       Defendant. | Adv. Proc. No. 13-2016 (MBK) |

**ENTRY OF DEFAULT AGAINST**
**DEFENDANT SARAH BANBURY**

In this case, the defendant, Sarah Banbury, has been served with process in accordance with Rule 7004(b) of the Federal Rules of Bankruptcy Procedure, has failed to answer or otherwise defend within the time allowed, and that time has run.  Now, on application of Catherine E. Youngman, the Chapter 7 trustee (the "Trustee") for Cantello, LLC (the "Debtor"), through her attorneys, Forman Holt Eliades & Youngman LLC, default is entered against Sarah Banbury as authorized by Rule 7055 of the Federal Rules of Bankruptcy Procedure and Rule 55(a) of the Federal Rules of Civil Procedure incorporated therein.

              CLERK OF THE COURT
              UNITED STATES BANKRUPTCY COURT


              By: _____
                 James J. Waldron

Dated:

00336164 - 1